**Criminal Calendar** - MTN. HeariNG.

**Before: Judge John Gleeson, U.S.D.J.**

Date: 12/19/07 Time: 3:20PM - 4:20PM

DOCKET NUMBER: 07CR69 CASE NAME: USA v. Rosenthal, et al

DEFENDANT'S NAME: David Heyman (Presence waived)

____ Present ✓ Not Present ____ In Custody ____ Bail

DEFENSE COUNSEL: Renato Stabile, Gerald Lefcourt

MDC Representative: Rina Desai, ESQ. ____ Legal Aid ____ CJA ✓ Retained

AUSA: Sean Casey Deputy Clerk: Ilene Lee

INTERPRETER: ____ (Language) ____

COURT REPORTER: Nicole Warren

✓ Case called for:

____ Arraignment:

___ Defendant's first appearance. ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

_____ Status Conference:

___ Order of Speedy Trial entered. Code Type XC Start____________ Stop____________

___ Status conference set for ____________ @ ________ Before: Judge ____________

__ Pretrial conference set for ____________ @ ________ Before: Judge ____________

____ Bail Hearing:

___ Defendant was released on ________________ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

_____ Defendant failed to appear, bench warrant issued.

OTHERS:

- Defendant's application for a 'Furlough' is DenIED.
- Decision is read into the record.