LAW OFFICES OF
# Gerald B. Lefcourt, P.C.
A PROFESSIONAL CORPORATION
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

SHERYL E. REICH
reich@lefcourtlaw.com
RENATO C. STABILE
stabile@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

February 12, 2009

VIA ECF

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re: United States v. David Heyman, et al., 07-CR-69 (JG)

Dear Judge Gleeson:

With the consent of the government and the United States Probation Department, we write to request modification of David Heyman's supervised release conditions to permit unrestricted travel in New York, New Jersey, and Connecticut. Currently, Mr. Heyman's supervised release conditions permit unrestricted travel within the district of his supervision, the District of New Jersey. Mr. Heyman has been permitted by his U.S. Probation Officer to travel to Manhattan on a daily basis for work. The reason for this request is to enable Mr. Heyman to travel more freely for work and to visit family members in the tri-state area on short notice, without first obtaining approval. We have spoken with both Mr. Heyman's U.S. Probation Officer, Susan Karlak, and Assistant United States Attorney Jay McMahon[1] who both consent to this request.

Mr. Heyman served the 15-month sentence imposed by the Court without incident, successfully completed 3 months in a halfway house, and has been doing the 400 hours of community service imposed by the Court as part of his sentence at Friends of Island Academy, the same place Mr. Heyman volunteered pre-sentencing. He also settled his related case with the United States Securities and Exchange Commission and paid disgorgement in that matter. Mr. Heyman is doing well on supervised release. He is employed in the finance department at

---

[1] Before he left the United States Attorney's Office, AUSA Sean Casey, who was handling this matter, had also consented to this request.

LAW OFFICES OF
GERALD B. LEFCOURT, P.C.

Honorable John Gleeson
United States District Court
Eastern District of New York
February 12, 2009
Page 2

Quality Building Services, 801 Second Ave., New York, NY, where his employer is aware of his legal situation.

    We thank the Court for its consideration.

Respectfully submitted,

Renato C. Stabile

cc: Jay McMahon
Assistant United States Attorney
(by fax to: 718-254-7499)

Susan Karlak
United States Probation Officer
(by fax to: 973-357-4092)