

June 1, 2010

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 0 2010 ★

BROOKLYN OFFICE

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

        Re: <u>United States v. David Heyman, et al.</u>, 07-CR-69 (JG)

Dear Judge Gleeson:

    I am writing to request termination of my supervised release. To date, I have completed 20 months of Supervised Release out of the original sentence of 3 years.

    I served the 15-month sentence imposed by the Court without incident, successfully completed 3 months in a halfway house, and have been performing the 400 hours of community service imposed by the Court as part of my sentence at Friends of Island Academy; the same place I volunteered pre-sentencing. I have also settled my related case with the United States Securities and Exchange Commission and paid disgorgement in that matter. I am doing well on supervised release. I have been continuously employed in the finance department at Quality Building Services, 801 Second Ave., New York, NY, for over 20 months, where my employer is aware of my legal situation.

    My reasons for this request are probably a little unique as I have not found probation to be onerous. The truth is it has been a minor inconvenience that includes some periodic paperwork. I have neither had any problems nor any concerns regarding my probation, and anytime that I have any needs or issues, my probation officers have always been very responsive.

    Let me then get to the reason that I am applying to have my probation terminated: Huy Huynh. I would not expect you to recall, but at the time of my sentencing, my then girlfriend, Huy Huynh, wrote an impassioned letter begging you for leniency on my behalf. Throughout this ordeal, she has stood by me, supported me, and been there for me. We have recently finalized plans for our wedding, and are to be married this coming September.

    And this brings me to my request. Marriage, for both of us, represents a new beginning: new experiences, a shared life, a second chance. We are getting the opportunity to start our lives anew, together. I have put her through so much already, and it is my sincerest wish to make it up to her the rest of my life. As such, I would like to be able to begin our lives together without having the cloud of probation over the both of us. Probation, as I said earlier, is not this enormous burden. It is however, a daily reminder of

what occurred, and what I put her, my family, my friends, and victims through. I regret my actions each and every day and I know that I will never stray again. Probation and a probation officer are not a necessary deterrent, the look of pain and disappointment on Huy's and my family's faces will haunt me as long as a live.

Since my release, I have abided by all requirements, restrictions and paperwork of my Supervised Release and all requests from my probation officer. I have rejoined society and done everything a well adjusted, functioning individual should.

I have held a job full-time in a difficult economic environment. I have performed over 330 hours of my community service and will complete the remaining portion over the next couple of months.

I have attached a letter from my employer Mirjana Mirjanic detailing the exemplary job that I have done. Additionally, my probation officer, Kevin Egli, has voiced no objections to my request.

Judge Gleason, although I know the form of this request is unusual, it is also heartfelt. I am asking you for the chance to start my life over, with an amazing woman, without the stigma of probation attached. I am asking you for a fresh start, for both of us.

I thank the Court for its consideration.

Respectfully submitted,

David Heyman
85 Prospect Terrace
Tenafly, NJ 07670
(646) 957-0312


CC:   United States Attorney's Office
      Mr. Kevin Egli – US Probation

May 27, 2010

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY  11201

Re: David Heyman

Dear Judge Gleeson:

    I am writing to you on behalf of David Heyman. David has worked for me since September 15th, 2008 and has been an exemplary employee. During his time at Quality Building Services Corp, he has been a hardworking, dedicated, and loyal employee.

    David has never missed a single day. He works extremely hard and stays until the work is complete. Additionally, I have often found David coming in on weekends to complete projects or just catch up when things have gotten busy.

    During his time here, I have come to know David very well, and I am convinced that he would never again put himself in such a position again. David has often spoken of his regret for his actions and his true remorse for the pain he caused others. I believe that he has truly learned from his actions.

    Thank you for your time and consideration.

Sincerely,

Mirjana Mirjanic
President



Quality Building Services   |   801 Second Avenue   |   New York, NY 10017   |   t 212 883 0009   |   f 212 883 6770   |   www.qualitybuildingservices.com

June 7, 2010

Mr. Ralph Vega, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 10 2010 ★

**BROOKLYN OFFICE**

Re: Motion for Termination of Probation

Dear Mr. Vega:

    Thank you for provided me with the information and protocol to file this attached motion.

    I have enclosed three (3) copies of the motion per your instructions: the original to be filed, the first copy for Judge Gleeson, and the third to be stamped and returned to me.

    I have also enclosed a self-addressed stamped envelope herein for ease in returning the document.

    Thank you for your assistance.

Sincerely,

David Heyman