June 21, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 24 2010 ★

BROOKLYN OFFICE

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re:  <u>United States v. David Heyman, et al.</u>, 07-CR-69 (JG)

Dear Judge Gleeson:

    I am writing to request the return of my U.S. Passport so that I may go on a honeymoon abroad with my fiancée after our wedding this coming September 2010.

    As a condition of my release pending sentencing I surrendered my Passport to the court (specifically the U.S. Pretrial Services department). Since then, I have served the 15-month sentence imposed by the Court without incident, successfully completed 3 months in a halfway house, have completed over 20 months of Supervised Release and have completed over 330 of the 400 hours of community service imposed by the Court. I am doing well on supervised release. I have been continuously employed in the finance department at Quality Building Services, 801 Second Ave., New York, NY, for over 20 months, where my employer is aware of my legal situation.

    Since my release, I have abided by all requirements, restrictions and paperwork of my Supervised Release and all requests from my probation officer. I have rejoined society and done everything a well adjusted, functioning individual should.

    As I understand it, my release prior to sentencing was conditioned on the surrender of my U.S. Passport in order to ensure that I did not flee the country. As I have served the entirety of the 15-month sentence imposed by the court there is no risk that I will flee. I just wish to be able to celebrate my wedding by enjoying a honeymoon abroad.

    I thank the Court for its consideration.

Respectfully submitted,<br><br>
*/s/ David Heyman*<br>
David Heyman<br>
85 Prospect Terrace<br>
Tenafly, NJ 07670<br>
(646) 957-0312

CC:    United States Attorney's Office
         Mr. Kevin Egli – U.S. Probation