March 21, 2011

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 24 2011 ★

BROOKLYN OFFICE

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

          Re: <u>United States v. David Heyman, et al.</u>, 07-CR-69 (JG)

Dear Judge Gleeson:

    I am writing to request termination of my supervised release. To date, I have completed 2.5 years of Supervised Release out of the original sentence of 3 years.

    I served the 15-month sentence imposed by the Court without incident, successfully completed 3 months in a halfway house, and have completed performing the 400 hours of community service imposed by the Court as part of my sentence at Friends of Island Academy; the same place I volunteered pre-sentencing. I have also settled my related case with the United States Securities and Exchange Commission and paid disgorgement in that matter.

    I am doing well on supervised release. I have been continuously employed in the finance department at Quality Building Services, 801 Second Ave., New York, NY, for over 30 months, where my employer is aware of my legal situation. Furthermore, this past September, I had the honor of marrying an amazing woman, Huy Huynh, who has stood by me, supported me, and been there for me. As you may recall, you granted me permission to travel for our honeymoon, and we had an amazing two weeks in Italy together, for which I am extremely grateful.

    My reasons for this request are probably a little unique as I have not found probation to be especially onerous. The truth is it has been a minor inconvenience that includes some periodic paperwork. I have neither had any problems nor any concerns regarding my probation, and anytime that I have any needs or issues, my probation officers have always been very responsive.

    However, in the last several months, as life has essentially returned to normal, I have found that certain basic liberties I used to take for granted I could not perform. When my youngest brother needed help with his medical internship applications, I could not travel to Virginia to assist him as I did not have permission. When my other brother asked if I wanted to visit him for the weekend in Pennsylvania to meet his fiancée's family, I could not, as it was spur of the moment (and I did not have permission).

     Additionally, my wife's family is traveling back to Vietnam for a family reunion/wedding this coming July and I would like to go with them and meet a lot of my new family that I have not yet had the pleasure to meet.

     Your Honor, I have abided by all requirements, restrictions and paperwork of my Supervised Release and all requests from my probation officer. I have rejoined society and done everything a well adjusted, functioning individual should. I have held a job full-time in a difficult economic environment. I have completed my 400 hours of community service.

     Judge Gleason, I am asking you to be allowed to fully rejoin society with all of the privileges and responsibilities that that entails.

     I thank the Court for its consideration.

                                                  Respectfully submitted,

                                                  David Heyman
                                                  48 West 68th Street
                                                  Apt. #8DNew York
                                                  (646) 957-0312

CC:    United States Attorney's Office
         Mr. Kevin Egli – US Probation